**SZAFERMAN, LAKIND,**
  BLUMSTEIN & BLADER, P.C.
Quakerbridge Executive Center
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
By: Robert A. Gladstone, Esq. (7006)
Telephone: (609) 275-0400    Fax: (609) 275-4511

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 92 CV 4710 (JBS) |
| v. ) | |
| ) | ORDER VACATING PROTECTIVE |
| Jerome Lightman, et al., ) | ORDER BY CONSENT |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| Aluminum Shapes, Inc., ) | |
| Colonial Heights Packaging, Inc., ) | |
| Continental Holdings, Inc., ) | |
| Croda Inks Corporation, ) | |
| DAP Inc., ) | |
| Scott Paper Company, ) | |
| Sonoco Products Company, ) | |
| Stepan Company, ) | |
| Union Carbide Corporation, ) | |
| USG Corporation, and ) | |
| USX Corporation, ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| Air Products and Chemicals, ) | |
| Inc., et al., ) | |
| ) | |
| Third-Party Defendants. ) | |

Whereas, certain parties to the captioned action, identified on Exhibit "A" hereto, participated in an allocation mediation proceeding with respect to the Ewan and D'Imperio Property Superfund Sites ("Mediating Parties"); and

Whereas, by Protective Order by Consent entered June 25, 1993, the Hon. Joel B. Rosen, U.S.M.J., ordered that certain Confidential Materials, including but not limited to transcripts of testimony developed during a mediation proceeding in the captioned action, shall be held confidential and sealed by the Court; and

Whereas, the mediation proceedings in the captioned matter have been completed and the case has been fully and finally resolved by settlement among all parties thereto; and

Whereas, with the exception of B&W Coating, Inc., Quaker Chemical Corp. and Shapes LLC t/a Aluminum Shapes, Inc. ("Aluminum Shapes"), the Mediating Parties are presently engaged in further voluntary allocation mediation efforts with respect to allocation of costs at a Superfund site known as Lightman Drum Company Superfund Site; and

Whereas, three of the mediating parties, B&W Coatings, Inc., Quaker Chemical Corp. and Aluminum Shapes shall not participate in the voluntary allocation mediation efforts with regard to the allocation of costs at the Lightman Drum Company Superfund Site.

Whereas, Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and Ultra L.L.C. (the "Debtors"), filed with the United States Bankruptcy Court for the District of New Jersey ("Bankruptcy Court") voluntary petitions for relief under Title 11 of the United States Code on March 16, 2008 ("Shapes Bankruptcy Matters");

Whereas, Shapes Bankruptcy Matters have been consolidated for procedural purposes and are being administered jointly as Case No. 08-14631 (GMB);

Whereas, the Bankruptcy Court approved the bankruptcy plan for the Shapes Bankruptcy Matters on July 22, 2008 which included the settlement with the State of New Jersey and approved the settlement with the Environmental Protection Agency ("EPA") on November 12, 2008.

Whereas, with respect to the Lightman Drum Company Superfund matter located in Winslow Township, NJ, Aluminum Shapes has settled any alleged liability with the State of New Jersey and the EPA;

Whereas, many materials discovered in the *USA v. Lightman* mediation proceedings, and thereby subject to protection as Confidential Materials, are relevant to issues under consideration in the Lightman Drum Company allocation mediation proceedings; and

Whereas, with the exception of B&W Coatings, Inc., Quaker Chemical Corp. and Aluminum Shapes the Mediating Parties in the Lightman Drum Company proceedings, together with other parties, wish to utilize the Confidential Materials otherwise protected by the Court in the *USA v. Lightman* mediation; and

Whereas, all Mediating Parties as well as non-mediating parties, B&W Coatings, Inc., Quaker Chemical Corp. and Aluminum Shapes, have consented to the release of any and all Confidential Materials from the operation of the Court's Order of June 25, 1993 subject to certain restrictions set forth below.

Now, therefore, it is on this 9th day of March, 2009,

ORDERED, that:

1. All Confidential Materials, as the term is defined in the Court's Order of June 25, 1993, are released from the seal and confidentiality restrictions provided by the terms of the said Order subject to and only for the limited use of Confidential Materials in the allocation mediation process for the Lightman Drum Company Superfund matter;

2. The Order of June 25, 1993 is hereby vacated.

*Jerome B. Simandle*

Dated: March 9, 2009

Camden, New Jersey

# EXHIBIT "A"

## Mediating Parties Who Executed the Ewan And D'Imperio Superfund Sites Lightman Drum Company Generators' Mediation Agreement

Air Products & Chemicals, Inc.
Alco Industries, Inc. (formerly Synthane-Taylor Corp.)
Aluminum Shapes, Inc.
Bayer CropScience Inc. (as successor to Stauffer Chemical Co.)
B&W Coatings, Inc. (a/k/a The Grow Group)
Colonial Heights Packaging, Inc.
Continental Holdings, Inc. (formerly Continental Can)
Croda Inks Corp. (formerly Richardson Ink/Croda Ink)
FMC Corporation
Forenco, Inc. (formerly Whiting-Paterson Co.)
Henkle Corporation for itself and on behalf of Amchem Products, Inc.
Kimberly Clark Corporation (formerly Scott Paper Company)
Quaker Chemical Corp.
Sara Lee Household & Body Care (formerly Kiwi Brands)
Seton Company (formerly Wilmington Chemical Co.)
Sonoco Products Company
Stepan Company
Union Carbide Corporation, for itself and on behalf of Amchem Products, Inc.
United States Steel Corporation
USG Corporation (formerly USG Corp./Durabond)